

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00322-CR

Jonathan David **FLOYD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 619928
Honorable Timothy Johnson, Judge Presiding

# O R D E R

On November 17, 2022, appellant filed an amended motion to suspend briefing, asserting that the reporter's record is missing several items and that appellant filed a formal request to supplement the record on November 11, 2022. Appellant's motion is GRANTED. Accordingly, it is ORDERED that the court reporter must supplement the reporter's record by **December 2, 2022**. It is ORDERED that appellant's brief must be filed no later than fourteen days after the date the appellate record is complete.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court